IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**WALTER L. CARTER,**

    **Plaintiff,**

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

    **Defendant.**                      **No. 10-CV-266-DRH-PMF**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Report and Recommendation of United States Magistrate Judge Clifford J. Proud.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on September 12, 2011, the Court **AFFIRMS** the final decision of the Commissioner of Social Security and judgment is entered in favor of defendant, **MICHAEL J. ASTRUE, Commissioner of Social Security,** and against the plaintiff, **WALTER L. CARTER**-------------------------------------------------------------------------------------

                                        **NANCY J. ROSENSTENGEL,**
                                        **CLERK OF COURT**

                                   **BY:**      *s/Sandy Pannier*
                                               **Deputy Clerk**

Dated: September 12, 2011


APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT